THOMAS W. HARRIS, JR. (Bar No. 50711)
LAW OFFICES OF THOMAS W. HARRIS, JR.
41455 Carlotta Drive
Palm Desert, CA 92211-3267
Tel. (760) 285-3107

Email: twharrisjr@hotmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREFORWARD HEALTH, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF IDAHO HEALTH SERVICE, INC., an Idaho corporation and C. TARTER,<br><br>Defendants. | Case No. 5:19-cv-00556-JGB-FFMx<br><br>JOINT STIPULATION OF DISMISSAL PURSAUNT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A) |

Plaintiff CAREFORWARD HEALTH, LLC, and Defendant BLUE CROSS OF IDAHO HEALTH SERVICE, INC., by and through the undersigned counsel, hereby state as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) the parties hereby stipulate that this action and all claims asserted therein against BLUE CROSS OF IDAHO HEALTH SERVICE, INC. and all other defendants are dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: June 11, 2019.

                    LAW OFFICES OF THOMAS W. HARRIS, JR.

                    _____
                    THOMAS W. HARRIS, JR.
                    Attorney For Plaintiff,
            CCAREFOREWARD HEALTH LLC

Dated: May 31, 2019.

                    REED SMITH LLP

                    _____
                    Adam Pulliam
                    Attorney For Defendant
                    BLUE CROSS OF IDAHO HEALTH SERVICE, INC.